

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2020

No. 04-20-00538-CV

**LAKEWOOD HAVEN LLC** and William Hutchinson d/b/a Komfort Haus,
Appellants

v.

Mary R. **SASTRI**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-08611
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Appellant's brief was originally due on December 7, 2020. On December 4, 2020, appellant filed an unopposed motion requesting a ten-day extension of time. The motion is GRANTED and appellant's brief is due **no later than December 16, 2020**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court